1  Randall J. Sunshine (SBN 137363)
       rsunshine@linerlaw.com
2  Ted S. Ward (SBN 143810)
       tward@linerlaw.com
3  Edward A. Klein (SBN 145736)
       eklein@linerlaw.com
4  Kim Zeldin (SBN 135780)
       kzeldin@linerlaw.com
5  LINER GRODE STEIN YANKELEVITZ
   SUNSHINE REGENSTREIF & TAYLOR LLP
6  1100 Glendon Avenue, 14th Floor
   Los Angeles, California 90024.3503
7  Telephone:  (310) 500-3500
   Facsimile:   (310) 500-3501
8
   Attorneys for Plaintiff
9  MYMEDICALRECORDS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MYMEDICALRECORDS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>WEBMD HEALTH CORP., a Delaware corporation; and WEBMD HEALTH SERVICES GROUP, INC., a Delaware corporation,<br><br>    Defendant. | Case No. CV 13-00979 ODW (SHx)<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>The Hon. Otis D. Wright |

**PLEASE TAKE NOTICE** that Plaintiff MYMEDICALRECORDS, INC. ("MMR" or "Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1) hereby voluntarily dismisses all claims in this action *without prejudice*.

Defendants were never served and have neither responded to Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly this matter may be dismissed without prejudice and without an Order of the Court.

Dated:  June 12, 2013

Respectfully submitted,

LINER GRODE STEIN YANKELEVITZ
SUNSHINE REGENSTREIF & TAYLOR LLP


By:      */s/ Edward A. Klein*
Edward A. Klein
Attorneys for Plaintiff
MYMEDICALRECORDS, INC.

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024.3503.

On June 12, 2013, I served true copies of the following document(s) described as **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** on the interested parties in this action as follows:

## SERVICE LIST

| | |
|---|---|
| Michael Glick, Esq.<br>WebMD Health Corp.<br>111 Eighth Avenue<br>New York, NY 10011 | *Executive Vice President & Co-General Counsel for Defendants, WEBMD HEALTH CORP and WEBMD HEALTH SERVICES GROUP, INC.* |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 12, 2013, at Los Angeles, California.

_____
Yvonne Fide

41391.250-1022285v1.1

Case No. CV 13-00979 ODW (SHx)

PROOF OF SERVICE